**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EPIC DIVING & MARINE** | § | |
| **SERVICES, LLC** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4:16-CV-386** |
| **v.** | § | |
| | § | |
| | § | |
| **RANGER OFFSHORE, INC.** | § | |

**AGREED PROTECTIVE ORDER**

Before the Court is the Agreed Protective Order submitted by Plaintiff Epic Diving & Marine Services, LLC ("Epic"), and Defendant, Ranger Offshore, Inc. ("Ranger").  Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court adopts and enters the parties' Agreed Protective Order into the record.

Houston, Texas this _____ day of _____, 2016.


_____
**UNITED STATES DISTRICT JUDGE**